UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

| | |
|---|---|
| Tiffany J. Moore, | Case No. 21-46190-mlo |
| | Chapter 7 |
| Debtor. | Hon. Maria L. Oxholm |
| _____ / | |

### ORDER DENYING AS MOOT STATE OF MICHIGAN DEPARTMENT OF TREASURY'S *EX PARTE* MOTION TO RESTRICT PUBLIC ACCESS TO CLAIM #16

The State of Michigan, Department of Treasury (Michigan Treasury), on July 22, 2022 filed Claim #16. A review of Claim #16 indicates that it has been filed in the incorrect case. On July 26, 2022 Creditor filed a Motion to Restrict Public Access to Claim #16 (Docket No. 41). Subsequently, on July 26, 2022 Creditor filed the Amended Motion to Restrict Public Assess to Claim #16 Under Bankruptcy Rule 9037 (Docket No. 43). On July 27, 2022 Creditor Michigan Treasury filed a Withdrawal of Claim 16 (Docket No. 44). Therefore:

**IT IS HEREBY ORDERED** that the Motion is denied as moot.

**Signed on August 2, 2022**



/s/ Maria L. Oxholm
**Maria L. Oxholm**
**United States Bankruptcy Judge**